**CERTIFICATE OF SERVICE BY MAIL**

I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 13, 2025, I served the annexed:

- ECF NO. 17 – CITY'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO VALENTIN ORDER
- DOCKET CONTAINING COURT'S TEXT ONLY ORDER GRANTING ECF NO. 17

Upon Ricco D. Slade, the plaintiff in the matter, <u>Slade v. City of New York, et al.</u>, 24-CV-6711 (NCM) (JAM) and by depositing a copy of same, enclosed in a first-class, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the defendant in the address listed below, that being the address designated by defendant for that purpose:

> Ricco D. Slade
> 24B2450
> Auburn Correctional Facility
> P.O. Box 618
> Auburn, NY 13021

Dated:        New York, New York
             March 13, 2025

Respectfully submitted,

_Joseph Zangrilli_ /s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division